IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KATHERINE A. HOOVER, as the duly appointed
Administrator of the Estate of Michael Tomasic,
deceased,**

      **Plaintiff,**

vs.        Civil Action No.  1:07CV47
                     1:07CV137

**WEST VIRGINIA REGIONAL JAIL AND
CORRECTIONAL FACILITY AUTHORITY,**
a State statutorily created agency, et al.,

      **Defendants.**

### ORDER OF DISMISSAL

On the 7th day of August, 2009, came the Plaintiff, Katherine Hoover, administrator of the estate of Michael Tomasic, deceased, in person, and by her counsel, Charles M. Love, IV, and also came the Defendants, by their counsel, Dustin C. Haley, for hearing on Plaintiff's Petition for Permission and Authority to Compromise and Settle Claim [Docket Entry 212 in 1:07CV47; 146 in 1:07CV137]. By separate orders in the within actions, the Petition for Permission and Authority to Compromise and Settle Claims was granted. The within civil actions, now having been fully compromised and settled, are **DISMISSED** and retired from the docket of cases actively pending before the Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 7, 2009

                       *John S. Kaull*
                       JOHN S. KAULL
                       UNITED STATES MAGISTRATE JUDGE